UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHEN C. EASLEY,<br><br>             Plaintiff,<br><br>      v.<br><br>MAPLETON COMMUNICATIONS, LLC,<br><br>             Defendant. | NO. CV-08-127-EFS<br><br>**ORDER OF DISMISSAL** |

By Stipulation filed June 18, 2008 (Ct. Rec. 7), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

Therefore, **IT IS ORDERED:**

1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and **without costs** or fees awarded to any party;

2. All pending trial and hearing dates are stricken;

3. All pending motions are denied as moot; and

4. This file shall be closed.

ORDER * 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter
2  this Order and distribute copies to counsel.
3      **DATED** this 20th day of June 2008.

4

5                           s/Edward F. Shea
                          EDWARD F. SHEA
6                    United States District Judge

7  Q:\Civil\2008\127.Stip.Dismiss.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER * 2